

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

PROPOSED SEALED FILING

| | |
|---|---|
| **McCARTHY,** ) | |
| *Plaintiff,* ) | |
| ) | |
| ) | 2024-cv-00809 |
| ) | (Judge Sara L. Ellis |
| ) | Magistrate Judge Jeffrey T. Gilbert) |
| ) | |
| *vs.* ) | |
| ) | |
| ) | |
| **Illinois Department of Children** ) | |
| **And Family Services, et al** ) | |
| *Defendants.* ) | |

### EMERGENCY MOTION TO SEAL ECF No. 2 Rule 5.2(a)

I. Please notice that an entry in the Electronic Case Filing (ECF) system, in the case above captioned, has left a document unsealed to the public. The ECF No. 2 and all other documents filed in this civil action should be sealed in accordance with the Federal Rule of Civil Procedure 5.2(a).

The document was filed on January 30, 2024.

1. Personal information protected by Rule 5.2(a):

    a. **Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.

  Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to **ALL** documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing.

  Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** before the document is submitted to the Clerk's Office for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

  II. Records are also sealed and impounded per statute 750 ILCS 50 and Previous Court Order.

  Respectfully yours,

Dated: January 31, 2024

/s/ Ana McCarthy
Ana McCarthy
A resident of Illinois
Currently receiving correspondence at
209 Spencer Street
Apt. 2C
Brooklyn, NY 11205
+1 (312) 659-9627
Fax +1 (973) 834 8752
anamccarthy1@gmail.com